Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Judy McRoberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-1977<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Judy McRoberts,<br>        Plaintiffs.<br>vs.<br>Pfizer, Inc., et al.<br>        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (JUDY MCROBERTS) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: _____

Attorneys for Plaintiff, Judy McRoberts

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1
2   DATED: April 27, 2009      DLA PIPER US LLP
3
4                              By: _____
                                   Michelle Sadowsky
5                                  Attorneys for Defendants
6
7
8   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
9
10  Dated: APR 3 0 2009
11                              _____
                                Hon. Charles R. Breyer
                                United States District Court
12
13
...
28

-2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**